# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0438

VERSUS

JOEL SMITH

**MAY 17, 2022**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-06368.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.**   Although evidence of other crimes, wrongs, or acts may not be admitted to prove the accused is a person of criminal character, evidence of other crimes has long been admissible if the State establishes an independent and relevant reason for its admission.  See La. Code Evid. arts. 404(B)(1) & 412.2(A).  See also **State v. Altenberger,** 2013-2518 (La. 4/11/14), 139 So.3d 510, 515 (per curiam).   Furthermore, in **State v. Wright,** 2011-141 (La. 12/6/11), 79 So.3d 309, 317, the Louisiana Supreme Court pointed out that in enacting La. Code Evid. art. 412.2, "the Legislature did not see fit to impose a restriction requiring such evidence to meet a stringent similarity requirement for admissibility."   Accordingly, the ruling finding the evidence of the defendant's prior offense inadmissible is reversed, and this matter is remanded for further proceedings.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT